# IN THE COURT OF APPEALS OF IOWA

No. 22-0740
Filed January 11, 2023

**STATE OF IOWA,**
        Plaintiff-Appellee,

**vs.**

**DERECK LORENZO MITCHELL ELLIOTT,**
        Defendant-Appellant.
_____

        Appeal from the Iowa District Court for Muscatine County, Jeffrey D. Bert,

Judge.


        A defendant challenges the validity of his guilty plea on grounds that his

plea lacked a factual basis.  **APPEAL DISMISSED.**


        Mark C. Meyer, Cedar Rapids, for appellant.

        Brenna Bird, Attorney General, and Bridget A. Chambers, Assistant

Attorney General, for appellee.


        Considered by Tabor, P.J., and Schumacher and Chicchelly, JJ.

**CHICCHELLY, Judge.**

Dereck Elliott appeals from his guilty plea for assault while displaying a dangerous weapon, in violation of Iowa Code sections 708.1(2)(c) and 708.2(3) (2021). Elliott argues the district court failed to ensure the record contained a factual basis for the statutory provisions under which he pled guilty. To preserve error for direct appeal, Elliott needed to file a motion in arrest of judgment with the district court. *See* Iowa R. Crim. P. 2.24(3)(a) ("A defendant's failure to challenge the adequacy of a guilty plea proceeding by motion in arrest of judgment shall preclude the defendant's right to assert such challenge on appeal.").

Elliott contends that his failure to file a motion in arrest of judgment, which was an obligation explicitly acknowledged in his written plea, should be excused because he established good cause to appeal. *See* Iowa Code § 814.6(1)(a)(3) (permitting appeal from a conviction where the defendant pled guilty if good cause is established). However, our supreme court recently answered this precise question:

> Because [the defendant] failed to file a motion in arrest of judgment, he cannot establish good cause to pursue this direct appeal from his guilty plea as a matter of right, and we lack jurisdiction to hear his appeal. Dismissal of the appeal is required. Accordingly, we do not reach the merits of his no-factual-basis challenge to his guilty plea.

*State v. Hanes*, 981 N.W.2d 454, 462 (Iowa 2022) (internal citations omitted). Because Elliott failed to file a motion in arrest of judgment, we lack jurisdiction to consider his direct appeal. Accordingly, we dismiss this appeal without further opinion. *See* Iowa Ct. R. 21.26(1)(c), (e).

**APPEAL DISMISSED.**